ROBERT A. DEVANEY, AN INFANT BY HIS GUARDIAN *AD LITEM* JOHN R. DEVANEY AND JOHN R. DEVANEY AND JEANNE DEVANEY, INDIVIDUALLY, PLAINTIFFS-RESPONDENTS, v. LOUIS SARNO AND CENTRAL VOLKSWAGEN INC., DEFENDANTS AND VOLKSWAGEN OF AMERICA, INC., DEFENDANT-APPELLANT.

Argued June 3, 1974—Decided June 10, 1974.

*Mr. John T. Dolan* argued the cause for appellants (*Messrs. Crummy, O'Neill, Del Deo & Dolan,* attorneys; *Messrs. Herzfeld & Rubin, P. C.* of the New York Bar, of Counsel).

*Mr. Arthur C. Gundersdorf* argued the cause for respondents.

PER CURIAM. The judgment is affirmed substantially for the reasons expressed by the Appellate Division, 125 *N. J. Super.* 414.

*For affirmance*—Chief Justice HUGHES, and Justices JACOBS, HALL, MOUNTAIN, SULLIVAN, PASHMAN and CLIFFORD—7.

*For reversal*—None.